FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 22 2010
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 01732 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BLONDELL MITCHELL,

    Plaintiff,

v.

KDJM-FM JAMMIN 92.5,
SUMNER REDSTONE (Murray Rothstein),
KNOW HIV/AIDS,
KNOW HIV/AIDS BOARD OF DIRECTORS,
THE HENRY J. KAISER FOUNDATION,
THE HENRY J. KAISER FOUNDATION BOARD OF DIRECTORS,
VIACOM INC.,
VIACOM BOARD OF DIRECTORS,
CBS CORPORATION,
CBS CORPORATION BOARD OF DIRECTORS,
CBS RADIO,
CBS RADIO BOARD OF DIRECTORS,
INFINITY BROADCASTING CORPORATION,
INFINITY BROADCASTING CORPORATION BOARD OF DIRECTORS,
JENNIFER PROCTOR,
MARK OTTO
JOSE ESPINOSA,
KEITH ABRAMS, and
MARIA CHAVEZ,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Civil Cover Sheet, Summonses, a "Notice of Lawsuit and Request for Waiver of Service of Summons," a "Waiver of Service of Summons," a

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, an "Addition to the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.D. [sic] § 1915" and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) _X_ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 20th day of July, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10-CV-01732

Blondell Mitchell
2300 Mortensen Parkway #17
Ames, Iowa 50014

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on   7/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk